UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of ) | |
| ) | Case No. 22 MC 98 |
| ) | |
| KINA COLLINS, ) | Chief Judge Rebecca R. Pallmeyer |
| ) | |
| Respondent. ) | Magistrate Judge Maria Valdez |
| ) | |

**CITATION PURSUANT TO LOCAL RULE 83.1**

1. Respondent Kina Collins was present at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, IL 60604 on February 3, 2022.

2. Local Rule 83.1 Court Facilities, Limitations on Use, as last amended on March 22, 2019, was lawfully in effect on February 3, 2022. The Rule was posted in the lobby and available on the Court's website, www.ilnd.uscourts.gov.

3. Local Rule 83.1(b), states in part:
Soliciting and loitering within the court environs is prohibited. The unapproved congregating of groups or the causing of a disturbance or nuisance within or on the curtilage of the courthouses of this Court is prohibited.

4. On February 3, 2022, Respondent Kina Collins participated in an unapproved congregating of a group that caused a disturbance or nuisance within the Courthouse.

5. On February 3, 2022, the Acting United States Marshal and several Deputy United States Marshals were present in the lobby of the Everett McKinley Dirksen United States Courthouse. The Acting United States Marshal and Deputy United States Marshals were wearing jackets identifying themselves as an employee of the United States Marshal Service.

6. Local Rule 83.1(d), also states in part:
The United States Marshal shall enforce sections (b) and (c) of this rule, either by ejecting violators from the courthouse or by causing them to appear before one of the judges of this Court for a hearing and the imposition of such punishment as the Court may deem proper.

7. The group loitered in the lobby of the Courthouse for more than an hour. Members of the group were asked to leave by the Acting United States Marshal.

8. Several members of the group locked arms. After providing an explanation of Local Rule 83.1, the Acting United States Marshal warned Respondent Kina Collins that she would be ejected from the lobby of Courthouse, but the Respondent refused to leave.

9. Respondent Kina Collins indicated to the United States Marshals Service her desire to be arrested and appear before a judge.

10. The Acting United States Marshal enforced Local Rule 83.1(d) by causing Respondent Kina Collins to appear before this Court.

THEREFORE, the Court hereby orders that:

Respondent Kina Collins shall appear before Chief Judge Rebecca R. Pallmeyer in courtroom 2541 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 at 6:00 p.m. on February 3, 2022 to answer to this Citation for violation of Local Rule 83.1(b), as amended on March 22, 2019. Respondent will have the Federal Defender appointed and representatives from the United States Attorney shall also be present.

ENTERED:

_____
REBECCA R. PALLMEYER
Chief Judge, United States District Court
for the Northern District of Illinois

Dated this 3rd day of February 2022