UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of | ) |
| | ) No. 22 M 98 |
| | ) |
| | ) Chief Judge Rebecca R. Pallmeyer |
| | ) |
| | ) Magistrate Judge Maria Valdez |
| Kina Collins, | ) |
| Respondent | ) |

## ORDER

Hearing held on citation violation hearing. Respondent Kina Collins appeared through counsel in response to citation. Respondent informed of the charges and her rights. Respondent admits to violation of Local Rule 83.1(b). As directed in open court, Respondent is released from custody after agreeing to immediately return home. Respondent also agreed to leave the area of the courthouse peacefully. Counsel shall provide the citation violation order to Respondent.

Sanction hearing set for 2/8/2022 at 1:40 p.m. by video conference. Counsel of record will receive an email invitation prior to the start of the video conference with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

00:05

ENTER:

Dated: February 3, 2022

_____
REBECCA R. PALLMEYER
United States Chief District Judge