UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Plaintiff,

v.

Case No.: 1:22−mc−00098
Honorable Rebecca R. Pallmeyer

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 7, 2022:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Sanction hearing rescheduled to 2/8/2022 at 9:00 a.m. by video conference. Case participants will receive an email invitation prior to the start of the video conference with instructions to join the video conference. Respondent must appear by video conference. Public may listen to the hearing by calling 1−855−244−8681; access code 2316 959 4917; password 2192822. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (Burns, Shawna)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.