UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Plaintiff,

v.   Case No.: 1:22−mc−00098
Honorable Rebecca R. Pallmeyer

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 8, 2022:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Sanctions hearing held via video−conference on 02/08/2022. The court imposes the following sanction: Respondent Kina Collins is directed to pay $200 within 14 days. Sanction must be made payable to the Clerk of Court, US District Court, 219 South Dearborn, 20th Floor Chicago, IL 60604 and reference case number 22 MC 98. Upon receipt of the funds, the Clerk of Court shall deposit the funds into the Federal Crime Victims Fund. Additionally, Respondent is not permitted to enter the federal courthouse in the Northern District of Illinois for 60 days other than in connection with litigation in which Respondent is a party or witness. Respondent was informed of her appeal rights. As stated on the record, any appeal of this court's ruling will not stay enforcement of the court's penalty. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.